**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brenda Hernandez**<br>DOB: 1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-03253MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 1, 2025, at or near Nogales, in the District of Arizona, **Brenda Hernandez** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 1, 2025, Brenda HERNANDEZ entered the United States from the Republic of Mexico at the DeConcini Port of Entry in Nogales, Arizona. During the primary inspection, HERNANDEZ presented her valid Arizona driver's license to a Customs and Border Protection officer. HERNANDEZ said she had been visiting her boyfriend in Nogales, Sonora, Mexico, and was traveling to Nogales, Arizona, to pick-up a cellular phone at the Verizon store. During a secondary inspection, an officer conducted a pat down of HERNANDEZ and discovered three packages of small blue pills taped to the exterior of HERNANDEZ's buttocks and vaginal regions. A representative sample of the pills was field tested and yielded positive results for the properties of fentanyl. The three packages of fentanyl pills weighed 167.2 grams.

After waiving her *Miranda* rights, HERNANDEZ admitted she was going to be paid approximately $300 to bring the packages into the United States. HERNANDEZ stated she was unsure of what the packages contained but she believed they contained an illegal substance.

Law enforcement officers transported HERNANDEZ to Holy Cross Hospital in Nogales, Arizona, where she was medically cleared prior to being transported to Santa Cruz Detention Center. During routine booking questions and x-ray screening, it was discovered that HERNANDEZ had additional packages of suspected narcotics concealed in her vaginal cavity. Law enforcement officers transported HERNANDEZ back to Holy Cross Hospital for removal of these additional packages. Three packages of small blue pills were removed from HERNANDEZ's vaginal cavity. A representative sample of the pills was field tested and yielded positive results for the properties of fentanyl. The three packages of fentanyl pills weighed 220.7 grams.

The six packages of fentanyl pills removed from HERNANDEZ's person weighed a total of 387.9 grams.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>HANNAH M LITTLEJOHN  *Digitally signed by HANNAH M LITTLEJOHN Date: 2025.10.02 14:15:45 -07'00'* |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Hannah Littlejohn<br>Homeland Security Investigations |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]   *[signature]* | DATE<br>October 2, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Berman